# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**MASSACHUSETTS MUTUAL LIFE**
**INSURANCE COMPANY**                                              **PLAINTIFF**

**VS.**                                             **CIVIL ACTION NO. 1:11cv44-HSO-JMR**

**ESTATE OF WOODROW W. PRINGLE, III, DECEASED,**
**pending in Chancery Court of Harrison County, Mississippi,**
**CHARLIENE ROEMER, Administrator of the Estate of**
**Woodrow W. Pringle, III, Deceased, CYNTHIA PRINGLE,**
**RACHEL PRINGLE, individually, BERNELL BOURGEOIS,**
**MICHAEL PRINGLE, MATTHEW PRINGLE,**
**CHASE OWEN, EMILEIGH OWEN, ESTATE OF**
**WOODROW WILSON PRINGLE, III a/k/a**
**WOODROW W. PRINGLE III a/k/a WOODY PRINGLE,**
**DECEASED, pending in Circuit Court for Orange County, Florida,**
**and RACHEL PRINGLE, Personal Representative of**
**the Estate of Woodrow Wilson Pringle, III**                      **DEFENDANTS**

## ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

There came on for hearing on this date in the above-entitled and numbered action, the Plaintiff's Motion for Default Judgment as to Defendant Bernell Bourgeois. The Court finds that the motion is well-taken and should be granted. Accordingly, Plaintiff's Motion for Default Judgment against Defendant Bernell Bourgeois is hereby GRANTED and that Plaintiff is entitled to the relief requested in its Complaint for Interpleader as to Defendant Bernell Bourgeois, except for the recovery of attorney's fees, costs and other expenses, which are no longer sought by Plaintiff due to a settlement reached between it and the remaining Defendants in this action.

It is further ordered that Defendant Bernell Bourgeois is hereby dismissed with

prejudice from this action.

SO ORDERED AND ADJUDGED, this the 19th day of August, 2011.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

Submitted by:

 *s/ Clint D. Vanderver*
Roy H. Liddell, Esq. (MB #1252)
Clint D. Vanderver, Esq. (MB #101997)
WELLS MARBLE & HURST, PLLC
Post Office Box 131
Jackson, Mississippi 39205-0131
Telephone:    (601) 605-6900
Facsimile:    (601) 605-6901
rliddell@wellsmar.com
cvanderver@wellsmar.com