IN THE UNTIED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

```
SOUTHERN DISTRICT OF MISSISSIPPI
        FILED
     JAN 20 2012
     J T NOBLIN CLERK
BY_____ DEPUTY
```

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY                                                    PLAINTIFF

                                                                CIVIL ACTION NO.: 1:11-CV-44-HSO-JMR

V

ESTATE OF WOODROW W. PRINGLE, III, DECEASED, ET. AL.        DEFENDANTS

## AMENDED JUDGMENT OF DISMISSAL AND
## ORDER DIRECTING THE CLERK TO DISBURSE INTERPLED FUNDS

The Court having been advised that the Charliene Roemer, Administrator of the Estate of Woodrow W. Pringle, III., Deceased, filed in the Chancery Court of Harrison County, Mississippi, First Judicial District, Cause No.: 10-03919-1 and the Mississippi Estate (hereinafter collectively, "Roemer"), and the Defendant, Rachel Pringle, Individually and as the Personal Representative of the Estate of Woodrow Wilson Pringle, III, a/k/a Woodrow W. Pringle, III, a/k/a Woody Pringle, deceased, and the Florida Estate pending in the Circuit Court for Orange County, Florida, Probate Division, File No.: 48-2010-CP-002557-0 (hereinafter collectively, "Rachel Pringle"), have resolved all claims existing between these parties, the Court does hereby FIND, ORDER AND ADJUDGE as follows, to-wit:

1. On February 4, 2011 the Plaintiff Massachusetts Mutual Life Insurance Company tendered into the Registry of the Court the principal sum of $805,388.12 representing proceeds of Connecticut Mutual Life Insurance Policy No. 6149946.

2. On February 22, 2011 the Court entered an Order accepting the sum of $805,388.12 into the Registry of the Court to be held in an interest bearing account for future disbursement according to the Judgment of the Court.

3. Under the terms of Connecticut Mutual Life Insurance Policy No. 6149946 the Defendant, Rachel Pringle, was a policy beneficiary for fifty percent (50%) of the policy proceeds. Roemer initiated certain claims in this litigation, and has agreed to accept $40,000.00 as full and final compromise settlement of a doubtful claim and to allow the remaining $362,692.06 plus accumulated interest to be paid to Rachel Pringle, as policy beneficiary.

4. All other parties in this matter have been dismissed therefore this matter may be dismissed in its entirety. It is, therefore,

ORDERED AND ADJUDGED that the Clerk of this Court is directed to pay the Defendant, Roemer, and her counsel, George W. Healy, IV. & Associates, $40,000.00, and to pay Rachel Pringle, and her counsel, Daniel Coker Horton & Bell, P. A., the sum of $362,692.06, plus any interest, that has accumulated (less the 10% clerks fee) in the interest bearing account as required by the Court's Order of February 22, 2011. It is further,

ORDERED AND ADJUDGED that all claims existing between the Roemer and Rachel Pringle are dismissed with prejudice. It is further,

ORDERED AND ADJUDGED that the case is dismissed.

SO ORDERED AND ADJUDGED, this the 20th day of January, 2012.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

APPROVED:

_____
GEORGE W. HEALY, IV., MS BAR# 2154
**ATTORNEY FOR CHARLIENE ROEMER,
ADMINISTRATOR OF THE ESTATE OF
WOODROW W. PRINGLE, III., DECEASED**

_____
BRENDA G. LONG, MS BAR# 8663
blong@danielcoker.com
DANIEL, COKER, HORTON & BELL, P.A.
1712 15TH STREET, SUITE 400
POST OFFICE BOX 416
GULFPORT, MS  39502-0416
TELEPHONE:  (228) 864-8117
FACSIMILE:   (228) 864-6331
**ATTORNEY FOR RACHEL PRINGLE,
INDIVIDUALLY AND AS THE PERSONAL
REPRESENTATIVE OF THE ESTATE OF
WOODROW WILSON PRINGLE, III A/K/A
WOODROW W. PRINGLE III A/K/A WOODY
PRINGLE, DECEASED, PENDING IN CIRCUIT
COURT FOR ORANGE COUNTY, FLORIDA,
PROBATE DIVISION AND THE FLORIDA ESTATE**